AO 91 (Rev. 08/09)  Criminal Complaint

AUSA S. Gillooly (313) 226-9577
Special Agent George Bingham ATF (313) 580-2304

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Rozelle Jamar WHITE

Case: 2:16-mj-30107
Judge: Unassigned,
Filed: 03-09-2016 At 04:32 PM
CMP USA V. ROZELLE WHITE (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 9, 2016__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a) | Distribution of Controlled Substance (Cocaine Base) |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

SA George Bingham ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 9, 2016

City and state: Detroit, MI

_Judge's signature_

Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, George Bingham, being duly sworn, depose and state the following:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Your Affiant has been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for approximately six (6) years. Affiant is currently assigned to the Detroit, Michigan Field Division, Group 2. Affiant is tasked with investigating violations of firearms and narcotics laws. Also, Affiant has been involved in numerous investigations involving violations of both state and federal firearms and narcotics laws. Prior to your Affiant's employment with ATF, your affiant was employed by

1

the Michigan State Police for approximately eleven (11) years in the position of State Trooper.

4. I am currently conducting an investigation involving narcotics violations by Rozelle Jamar WHITE, B/M, DOB XX/XX/1976. Specifically, violations of Title 21, U.S.C. Section 841 (a)(1), Distribution of a Controlled Substance.

5. On February 26, 2016 S/A Bingham and S/A McLean met ATF-1 at a predetermined meet location. ATF-1 was searched for any illegal contraband, with none being found. ATF-1 was given pre-recorded funds and a transmitter device. ATF-1 made a telephone call to WHITE at 248-906-5660. WHITE agreed to sell ATF-1 crack cocaine.

6. ATF-1 met WHITE at 3rd St. near Peterboro St. in the City of Detroit. S/A Yott observed ATF-1 get inside WHITE's vehicle. WHITE told ATF-1 he had to go get the crack cocaine. Constant mobile surveillance was established on WHITE's vehicle, MI Registration #ASN 993, Red 2003 GMC Van.

7. Surveillance was maintained as WHITE pulled his vehicle onto Marsten St. between Woodward Ave. and John R. WHITE met with a black male (later identified as Dana SMITH DOB XX/XX/1980) in the roadway. Surveillance observed SMITH driving a 2015 Chevrolet K15, MI Registration #DHC 8200.

8. ATF-1 gave WHITE two hundred dollars ($200.00) in pre- recorded funds. WHITE got out of his vehicle and met with SMITH. WHITE

2

then came back to WHITE's vehicle and handed ATF-1 approximately three (3) grams of crack cocaine. The crack cocaine was field tested with positive results by S/A Bingham.

9. On March 2, 2016, S/A Bingham and S/A McLean met ATF-1 at a predetermined meet location. ATF-1 was searched for any illegal contraband such as weapons or narcotics, with none being found. At approximately 11a.m. ATF-1 placed a telephone call to WHITE at 248-906-5660 to purchase crack cocaine from WHITE. WHITE told ATF-1 he would pick ATF-1 up in about one hour. ATF-1 was given pre-recorded buy money and a transmitter/recording device. S/A Bingham and S/A McLean dropped ATF-1 off in the area of 3rd St. and Temple in the City of Detroit at approximately 1145a.m. S/A Bingham and S/A McLean then observed WHITE driving his 2003 GMC Red Van, MI Registration #ASN 993 near 3rd St. and Temple.

10. S/A Bingham and S/A McLean overheard WHITE and ATF-1 conversing inside the vehicle over the transmitter device. Due to limited manpower, visual surveillance could not be maintained on WHITE's vehicle throughout the duration of their travels. At one point, WHITE could be heard exiting the vehicle. S/A Bingham called ATF-1 on his/her telephone and ATF-1 advised that WHITE was in line at the Bank of America ATM on Grand River near

the Southfield Freeway. ATF-1 advised that WHITE was taking ATF-1 to WHITE's house. S/A Bingham knows WHITE's address is 16771 Patton St. in the City of Detroit, MI. S/A Bingham directed S/A Buyse to conduct surveillance on 16771 Patton St. A few minutes later, S/A Buyse advised that he observed the 2003 GMC Red Van, MI Registration #ASN 993 in the driveway of 16771 Patton St.

11. ATF-1 and WHITE were inside the house at 16771 Patton and could be heard speaking to each other over the transmitter device. WHITE asked ATF-1 to walk to the nearby liquor store to retrieve some Ziploc bags and a razor. ATF-1 was observed by S/A Bingham and S/A McLean walking to the liquor store on Grand River Ave. S/A Bingham called ATF-1. ATF-1 advised he had not yet received the crack cocaine.

12. ATF-1 walked back to 16771 Patton and entered the residence as observed by surveillance units. Surveillance units observed a female arrive in a vehicle at 16771 Patton and leave after only a few minutes. ATF-1 later told S/A Bingham that WHITE provided the female with eighty dollars ($80.00) worth of crack cocaine. A second vehicle arrived and left after only a few moments. WHITE told ATF-1 that it was WHITE's Probation Officer and he simply had to sign some paperwork to get her to leave. S/A Bingham confirmed with

4

Michigan Department of Corrections, that WHITE is on probation with the State of Michigan and has 16771 Patton listed as his home address.

13. ATF-1 completed the purchase of crack cocaine from Rozelle WHITE for two hundred dollars ($200.00) in pre-recorded buy funds. ATF-1 received approximately three (3) grams of crack cocaine from WHITE. The crack cocaine field test positive.

14. On March 4, 2016. S/A McLean and S/A Doris met ATF-1 at a predetermined meet location. ATF-1 was searched for any illegal contraband, with none being located. ATF-1 placed a telephone call to WHITE at telephone number 248-906-5660. WHITE agreed to meet ATF-1 with the purpose of selling crack cocaine to ATF-1.

15. ATF-1 was dropped off on foot and picked up by WHITE driving WHITE's vehicle, Red 2003 GMC Van, MI Registration #ASN 993, near Charlotte and Park St. in the City of Detroit. Surveillance units attempted to maintain constant visual surveillance on WHITE and his vehicle, but were unsuccessful. S/A McLean contacted ATF-1 via cellular phone. ATF-1 stated he/she and WHITE were traveling back to WHITE's residence at 16771 Patton St. in the City of Detroit. A short time later, surveillance units observed WHITE's vehicle arrive at 16771 Patton St.

16. Once inside 16771 Patton, ATF-1 purchased approximately three (3) grams of crack cocaine from WHITE for two hundred dollars ($200.00) in pre-recorded buy funds. The crack cocaine was field-tested by S/A McLean and was positive.

17. On March 9, 2016 S/A Bingham and S/A McLean met ATF-1 at a predetermined meet location. ATF-1 was searched for any illegal contraband with none being located. ATF-1 was given pre-recorded buy funds and a transmitter device. ATF-1 was dropped off in the area of 16771 Patton St. WHITE agreed to sell ATF-1 crack cocaine. WHITE had approximately six (6) grams of crack cocaine at his residence at 16771 Patton St. WHITE stated he could get more crack cocaine but had to meet his re-supplier to get the additional three (3) grams of crack cocaine. Surveillance was maintained on WHITE and his vehicle as WHITE and ATF-1 traveled to Woodard and Melbourne St. WHITE was observed meeting with Dana Adonis SMITH XX/XX/1980. Surveillance units observed WHITE enter SMITH's vehicle. A short time later, WHITE handed ATF-1 approximately nine (9) grams of crack cocaine. ATF-1 gave WHITE Five Hundred and Ten Dollars ($510.00) in pre-recorded funds for the crack cocaine. The crack cocaine field tested positive by S/A Bingham.

18. S/A Bingham reviewed WHITE's criminal history. WHITE has the following felony convictions:

    Delivery of Cocaine, Wayne County Circuit Court, 1995

    Delivery of Cocaine, Wayne County Circuit Court, 2004

    Delivery of Marijuana, Wayne County Circuit Court, 2006

    Delivery of Marijuana, Wayne County Circuit Court, 2015

19. Based on the foregoing, there is probable cause to believe that Rozelle Jamar WHITE XX/XX/1976, has violated Title 21 U.S.C. § 841(a)(1), Possession With Intent to Deliver Crack Cocaine, a Schedule II controlled substance.

_____
Special Agent George Bingham
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn and subscribed before me on this 9 day of March, 2016.

_____
Elizabeth A. Stafford
Honorable United States Magistrate Judge
United States District Court Eastern District of Michigan

7